ACCEPTED
15-24-00073-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
4/16/2025 9:23 AM
CHRISTOPHER A. PRINE
CLERK

No. 15-24-00073-CV

# In the Court of Appeals
# for the Fifteenth Judicial District

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
4/16/2025 9:23:15 AM
CHRISTOPHER A. PRINE
Clerk

TEXAS DEPARTMENT OF INSURANCE,

*Appellant*,

*v.*

SOM THOMAS,

*Appellee.*

On Appeal from the
345th Judicial District Court, Travis County

## NOTICE OF APPEARANCE OF COUNSEL

Pursuant to Texas Rule of Appellate Procedure 6.2, Appellant Texas Department of Insurance provides notice that Deputy Solicitor General Rance Craft and Assistant Solicitor General Philip A. Lionberger of the Office of the Attorney General will be additional counsel in this appeal. Assistant Attorney General Cole P. Wilson remains the Department's lead counsel.

Please send communications relating to this appeal to:

> Rance Craft
> Deputy Solicitor General
> Rance.Craft@oag.texas.gov
> Philip A. Lionberger
> Assistant Solicitor General
> Philip.Lionberger@oag.texas.gov
> Office of the Attorney General

P.O. Box 12548 (MC 059)
Austin, Texas 78711-2548
(512) 936-1700
(512) 474-2697 [fax]

Respectfully submitted.

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

Office of the Attorney General
P.O. Box 12548 (MC 059)
Austin, Texas 78711-2548
Tel.: (512) 936-1700
Fax: (512) 474-2697

AARON L. NIELSON
Solicitor General

/s/ Rance Craft
RANCE CRAFT
Deputy Solicitor General
State Bar No. 24035655
Rance.Craft@oag.texas.gov

PHILIP A. LIONBERGER
Assistant Solicitor General
State Bar No. 12394380

COLE P. WILSON
Assistant Attorney General

Counsel for Appellant

2

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Maria Mendoza-Williamson on behalf of Rance Craft
Bar No. 24035655
maria.williamson@oag.texas.gov
Envelope ID: 99726381
Filing Code Description: Other Document
Filing Description: 20250416 Notice of Appearance of Counsel
Status as of 4/16/2025 9:55 AM CST

Associated Case Party: Texas Department of Insurance

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Raymond Abarca | | Raymond.Abarca@oag.texas.gov | 4/16/2025 9:23:15 AM | SENT |
| Cole Wilson | | Cole.Wilson@oag.texas.gov | 4/16/2025 9:23:15 AM | SENT |
| Rance Craft | | rance.craft@oag.texas.gov | 4/16/2025 9:23:15 AM | SENT |

Associated Case Party: Som Thomas

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Mark DDowney | | mdowney@dlawgrp.com | 4/16/2025 9:23:15 AM | SENT |

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Nancy Villarreal | | nancy.villarreal@oag.texas.gov | 4/16/2025 9:23:15 AM | SENT |